[No. 30280-6-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY DANIELLE BORING, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-1-00245-1, Allen Nielson, J., entered August 22, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30283-1-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER RANDALL BORING, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-1-00224-8, Allen Nielson, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30420-5-III.   Division Three.   May 23, 2013.]

*In the Matter of the Marriage of* DONALD W. REINI, *Appellant*, and DEBRA KAY KYLE-REINI, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-3-00898-8, C. James Lust, J., entered October 26, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Moreno, J. Pro Tem.

[No. 30651-8-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW SIMON GAROUTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00436-1, John M. Antosz, J., entered February 14, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.